IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

EDWARD JAMES HOPSON                           PLAINTIFF
VS.                                CIVIL ACTION 3:22cv 206 DPJ-FKB
PAPPY BBQ, Dewayne and
Debra Boyd, owners                            DEFENDANTS



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR 20 2022

ARTHUR JOHNSTON
BY _____ DEPUTY

## CIVIL COMPLAINT

COME NOW, Plaintiff, Edward James Hopson, Pro Se, and for cause of action against the defendants, Dewayne Boyd, and Debra Boyd, "owners of Pappy BBQ" of Meridian Mississippi, would state:

### JURISDICTION

This court has Jurisdiction of this matter, because the defendants is honoring a "Klans" traditional to a "hate" crime, an automatic violation of 42 U.C. and 42 U.S.C.A, 1965 (2,3), which prohibit private individuals from acting under color of state Law ... 42 U.S.C.A, 1983... Whereas, plaintiff is not waiving.

#### I.

Plaintiff is an adult resident citizen of Lauderdale, State of Mississippi. The Defendants, Dewayne Boyd and Debra Boyd is both adults resident citizens of the county of Lauderdale and State of Mississippi.

---

As a legal matter, slavery offically ended in the U.S. on December 6, 1865.

## CIVIL COMPLAINT

## JURISDICTION

I.

# STATEMENT OF FACTS

This business corruption scandal involving Plaintiff, as to: extortion, falifing Pay.roll documents such as time sheets (work Schedule) ended March 12, 2022, for plaintiff had completed another 45 hour work-week, with another employee, "Rob". (Pappy was short of employees; plaintiff and Rob had worked together for two days; friday March 11, 2022, and Saturesday March 12, 2022) Because Pappy was short of workers and another work-week was Posted, "Plaintiff refused to. because work (already) Preformed from February 21, 2022, through Febuary 26, 2022, which tabulated to 45 hours; and work from Febuary 28, 2022, through March 5, 2022. averaging another 45 hours was already at the point of a dispute." (There is surveillance footage)

The defendants decided since he (plaintiff) quit, on Saturesday "after" working a full 45 hour work-week, which was (March 12, 2022) and as if, he Put them in a "bind"..., he ("would not") be Paid; and must be punish for quitting. and treated like a run-away slave. (unjustifiably disparate standards)

For a white minority to [refuse] to refuse to Pay a black for lawful work he has already Preformed is "illegal".. .So on March 18, 2022, plaintiff went to the Meridian Police Department and filed a Grand Larceny Complaint against the defendants. case report number 2200 2355.

---

[1] Plaintiff sought relief Pursuant to filing a "Grand larceny" charge to no avoid.

A Stere or close investigation will show that the defendants have "rigged" and orchestrated their business under out dated Laws; unequal terms; ▬ as well as disparate treatment.

These unequal terms and disparate treatment has lead to Payroll (fraud); that is nothing short of robbery, extortion and force Labor (slavery). The defendants action was done out of malice. "in regard to the Klans Code of honor, or their personal Views of hating blacks". Plaintiff felt intimidated . . .

On March 30, 2022, Plaintiff was informed by the Meridian Police Department Clerk, that his case report number "22002355", was classified as a civil case, and such is a court matter due to the Nature. Exhibit "A". (weather the defendant are apart of the Lauderdale County "klan" Chapter, or simply racist, Plaintiff became their victim) ... For example; the defendant expect; Rob to Lie for them in this Conspiracy of the weeks in question. They also expect; Mrs. Janet Newell and Mrs. Felisha Powell to commit Perdury on their behalf. which violate the Plaintiff Civil rights.

After suffering for a period of 4½ years, on March 12, 2022, Plaintiff, refused to work another 45 hours, without help and Proper Pay. The defendants got angery. "they could not all out beat or whip Plaintiff; they ("chose") not to pay him for 135 hours, but 36... which is Prejudice... Or, simply, hate.

Eventhough, the defendants have orchestrated their business under outdated Laws, they have created a "racially Charged atmosphere" they is 'illegally Committing Pay-roll fraud.

The defendants have their racist belief, because of their upbring. yet, Plaintiff Just want his money he Lawfully worked for including ("overtime").

---

(2) Can a black man (refuse) working in Mississippi.

2

A Store or Close Investigation will [illegible] that the landlords have "Trapped" and [illegible] their business under [illegible] dated lease; illegal [illegible] as [illegible] duplicate instruments.

These illegal [illegible] duplicate instruments [illegible] (Fraud); [illegible] Short of Robbery, extortion [illegible] Forced Labor (Slavery). The defendants action was done out of malice, "in regard to the Klans Code of honor, or their personal Views of hating blacks" [illegible]

On March 30, 2022, [illegible]

[illegible]

# RELIEF

It Plaintiff belief that business, small or Large is in business to make money. yet, when a Conspiracy is formulated to operate outside of the Law, involving Color of Law, it become Criminal. The factors utilized by Pappy BBQ to cheat, extort, or beat it employees out of hard earned money is worse than human trafficking. "Force labor"... work hard long hours and cannot get Paid.

Plaintiff Pray that this court would enter (a) a declaratory Judgment as to the unconstitutionality of Pappy's methods and Practices: (b) a declaratory Judgment as to the unconstitutionality of factors used to extort and Keep Plaintiff "overtime" Pay; (c) a declaratory Judgment as to the defendants abuse and discretion xx as to, stealing employees overtime; and (d) and, enter an award of Plaintiff costs and disbursements associated with this action, and (e) an award of $50,000.00 dollars in pain and Suffering, emotionally, physical and mentally; (f) an award of any other equitable relief the court finds proper.

Signed the 31 day of March, 2022.

*STATE OF MISSISSIPPI*
*NOTARY PUBLIC*
*ID # 55281*
*SHIRLEY A. DURDEN*
*Commission Expires*
*March 15, 2023*
*LAUDERDALE COUNTY*

*Edward James Hopson*
Edward James Hopson

I declare (or certify, verify or state) under Penalty of PerJury that the foregoing is true and correct.

NOTARY

